**State of Vermont**
**Superior Court—Environmental Division**

========================================================================
# E N T R Y   R E G A R D I N G   M O T I O N
========================================================================

**In re Lake Champlain Bluegrass Festival JO**                    **Docket No. 204-11-10 Vtec**
**(Act 250 Jurisdictional Opinion)**

Title: Motion to Dismiss (Filing No. 1)

Filed: February 14, 2011

Filed By: Liam L. Murphy, Attorney for Appellees/Applicants Steven Palmer and Haybale Entertainment, LLC

Response in Opposition filed on 2/23/11 by Joseph F. Cahill, Jr., Attorney for Appellants Rene R. Prairie and Louise Prairie
Reply filed on 4/1/11 by Liam L. Murphy, Attorney for Appellees/Applicants Steven Palmer and Haybale Entertainment, LLC

___ Granted                    ___ Denied                    _X_ Other

The Court is currently in the process of reviewing the parties' pleadings on the pending motion and conducting its own legal research. In the course of those deliberations, we concluded that it is appropriate to convert the pending motion to dismiss to a motion for summary judgment on the question of the appellants' standing to appeal. See V.R.C.P. 12(b) ("If, on a motion . . . to dismiss . . ., matters outside the pleadings are presented to and not excluded by the court, the motion shall be treated as one for summary judgment . . . ."). Here, Appellants Rene R. Prairie and Louise Prairie have submitted an affidavit with their response to the motion to dismiss, providing evidence outside of the pleadings that we will consider as we rule on the pending motion.

We believe that we have sufficient legal memoranda and factual representations to decide the motion as one requesting summary judgment. However, we want to give the parties the opportunity to submit any further legal memoranda or affidavits that they would like the Court to consider. See V.R.C.P. 12(b) (directing that when a trial court converts a pending motion to one requesting summary judgment, "all parties shall be given reasonable opportunity to present all material made pertinent to such a motion by Rule 56"). We therefore ask that the parties complete such filings by Wednesday, May 4.

_____          _____April 26, 2011_____
        Thomas S. Durkin, Judge                                     Date

========================================================================
Date copies sent to: _____                    Clerk's Initials _____
Copies sent to:
    Joseph F. Cahill, Jr., Attorney for Appellants Rene Prairie, Jr. and Louise Prairie
    Liam L. Murphy, Attorney for Appellees Steven Palmer and Haybale Entertainment, LLC
    John H. Hansen, Attorney for the Vermont Natural Resources Board/Land Use Panel
    Appellee Loren Palmer